UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIT KUMAR AMIT,<br><br>                    Petitioner,<br>v.<br><br>CHRISTOPHER J. LAROSE, et al.,<br><br>                    Respondents. | Case No.: 3:25-cv-3224-CAB-BLM<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>[Doc. No. 1] |

      Petitioner Amit Kumar Amit filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1.] After the petition was fully briefed, the Court held a hearing. For the reasons expressed at the hearing, the Court **GRANTS** the petition. The Court **ORDERS** Respondents to immediately release Petitioner from custody under the same conditions of his release on his own recognizance before he was re-detained. Respondents are **ENJOINED** from re-detaining Petitioner for any purpose without notice and a pre-detention hearing before a neutral decisionmaker.

      It is **SO ORDERED**.

      Dated: December 3, 2025

                                                Hon. Cathy Ann Bencivengo
                                                United States District Judge